The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-174-RAJ |
|---|---|
| Plaintiff, | |
| v. | |
| IVAN VALDEZ SOTO, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit to the United States Defendant Ivan Valdez Soto's interest in the following property:

- A judgment for a sum of money in the amount of $1,200, representing proceeds the Defendant obtained, directly or indirectly, as a result of the offense set forth in Count 1 of the Superseding Indictment.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The Defendant was charged by a Superseding Indictment that included a forfeiture allegation providing notice that the United States was seeking, pursuant to 21 U.S.C. § 853(a), the forfeiture of a judgment for a sum of money representing the proceeds the Defendant obtained as a result of the offense set forth in Count 1 of the Superseding Indictment (Conspiracy to

Order of Forfeiture - 1
*United States v. Ivan Valdez Soto,* CR18-174-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846), (Dkt. No. 139 at 2–3, 17–18);

- Pursuant to the Plea Agreement, the Defendant agreed to forfeit his interest in the above-described judgment for a sum of money (Dkt. No. 248, ¶ 12);

- The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and an offense of conviction, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(1)(B); and

- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 21 U.S.C. § 853(a), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in this sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy, in whole or in part, this sum of money the United States may move to amend this order, at any time, to substitute property having a value not to exceed $1,200; and

///
///
///
///
///
///

Order of Forfeiture - 2
*United States v. Ivan Valdez Soto,* CR18-174-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this order.

DATED this 1st day of April, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Order of Forfeiture - 3
*United States v. Ivan Valdez Soto,* CR18-174-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970